IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS BRANCH, | No. C 07-05530 SI |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| MICHAEL J. ASTRUE, | |
|     Defendant. | |

This matter is remanded to the Commissioner for further proceedings . Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 4, 2008

                                        SUSAN ILLSTON
                                        United States District Judge